IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
OKLAHOMA CITY DIVISION

| | | |
|---|---|---|
| E. DRAKE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CASE NO.  5:20-cv-01207-F |
| | § | |
| OGD EQUIPMENT COMPANY, LLC, | § | |
| | § | |
| Defendant. | § | |

## DEFENDANT'S MOTION FOR RELIEF FROM LOCAL CIVIL RULE 83.3(a)

Pursuant to Local Rule 83.3(c), Daniel M. Branum, counsel for Defendant OGD Equipment Company, LLC ("OGD"), files this Motion for Relief from Local Rule 83.3(a) and requests relief from the requirement to show association with local counsel.

Attorney Daniel M. Branum is a Texas attorney who <u>is admitted to practice in the Western District of Oklahoma</u>.  Attorney Branum's office is in Olney, Texas (south of Wichita Falls).  Attorney Branum has been licensed to practice law in the State of Texas since 2009 and is admitted to practice in the federal districts of Texas, Indiana, and Oklahoma.  Further, although Attorney Branum has not applied for reciprocity to practice generally in the State of Oklahoma, he has been admitted *pro hac vice* in several Oklahoma State Court matters in the past and has worked for over three years as of counsel for the Oklahoma law firm, Branum Law Firm, PLLC, located in Oklahoma City.  Attorney Branum has specifically worked on cases in the Western District of Oklahoma and certifies familiarity with the Western District's local rules, as evidenced by his filing of the present

motion for relief from Local Rule 83.3(c).

Good cause also exists for granting this motion since neither Plaintiff Drake nor Defendant OGD are Oklahoma residents and this Court has neither jurisdiction nor venue over this frivolous suit. As explained in more detail in Defendant OGD's Motion to Dismiss, Drake has not sufficiently pled facts supporting federal jurisdiction or venue in Oklahoma and therefore, OGD should not be forced to hire local counsel in this frivolous lawsuit which should be summarily dismissed.

In support of this Motion, Daniel M. Branum certifies he is familiar with and will abide by the Local Civil Rules of the United States District Court for the Western District of Oklahoma.

## **RELIEF REQUESTED**

Based on the foregoing, Daniel M. Branum respectfully requests the Court enter an order granting this Motion and granting Daniel M. Branum permission to appear before this Court without association of local counsel for the limited purpose of this case, and for such other relief as the Court deems proper.

Respectfully submitted,

_____

Daniel M. Branum
 Texas Bar No. 24064496
 Dan@BranumPLLC.com

Branum PLLC
103 East Main Street
Olney, TX 76374
Telephone: 940-564-5299

**ATTORNEYS FOR DEFENDANT
OGD EQUIPMENT COMPANY, LLC**

### Certificate of Service

I hereby certify that on January 4, 2021, I served a copy of the foregoing on Plaintiff in accordance with the Federal Rules of Civil Procedure.

_____
Daniel M. Branum