IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| ERIC DRAKE, | § § | |
| Plaintiff, | § § § | |
| v. | § § | CASE NO. 5:20-cv-01207-F |
| OGD EQUIPMENT COMPANY, LLC, | § § § § | |
| Defendant. | § § | |

## ORDER

The Court has reviewed attorney Daniel M. Branum's Motion for Relief from Local Civil Rule 83.3(a) and, having considered the arguments asserted therein, the Court is of the opinion that the Motion should be GRANTED.

Based on the record, the Court in its discretion

(1) FINDS that good cause exists to excuse Daniel M. Branum from compliance with Rule 83.3(a), Rules of the United States District Court for the Western District of Oklahoma, and its requirement that he associate with local counsel in this matter; and

(2) hereby GRANTS Branum's Motion for Relief from Local Civil Rule 83.3(a) filed January 4, 2021.

ENTERED this 6th day of January, 2021.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

20-1207p002.PO.docx