# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# OKLAHOMA CITY DIVISION

| | |
|---|---|
| E. DRAKE, | § |
| Plaintiff, | § |
| v. | §  CASE NO. CIV-20-1207-F |
| OGD EQUIPMENT COMPANY, LLC, | § |
| Defendant. | § |

## JUDGMENT

Judgment is entered in accordance with the court's order of today's date, which dismisses this action, without prejudice, on motion of the defendant.

IT IS SO ORDERED this 27th day of January, 2021.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

20-1207p003.docx